[No. 18108.   *En Banc.*   June 13, 1924.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT MAGNUSSON, *Appellant.*[1]

Appeal from a judgment of the superior court for Spokane county, Webster, J., entered January 24, 1923, upon a trial and conviction of the crime of bootlegging.   Affirmed.

*Joseph J. Lavin* and *Turner, Nuzum & Nuzum,* for appellant.
*Chas. H. Leavy* and *Louis F. Bunge,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the Departmental opinion heretofore filed herein, as reported in 128 Wash. 541, 223 Pac. 325, and the judgment is therefore affirmed.

————————

[No. 18150.   *En Banc.*   June 13, 1924.]

J. W. HATCH *et al., Appellants,* v. HARVEY L. COLE *et al., Respondents.*[2]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered April 4, 1923, confirming an award on arbitration, after a hearing before the court.   Affirmed.

*Goodsell & Farrington,* for appellants.
*Plummer, Zent & Lovell* and *E. J. Farley,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the Departmental opinion heretofore filed herein, as reported in 128 Wash. 107, 222 Pac. 463, and for the reasons therein given, the judgment of the trial court is affirmed.

[1]Reported in 226 Pac. 1119.
[2]Reported in 226 Pac. 1119.